IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
APR - 4 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. **1:07-CR-59-MHT** |
| v. | ) | [18 USC § 513(a); |
| | ) | 18 USC § 1344(1); |
| | ) | 18 USC § 2] |
| | ) | |
| ANNE MY'REE PARHAM | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

At all times relevant to this indictment, Wachovia Bank, Walmart Supercenter, and Kay Jewelers were organizations, as described in Title 18, United States Code, Section 513(c)(4).

### COUNT 1

On or about November 16, 2006, in Houston County, Alabama, within the Middle District of Alabama,

ANNE MY'REE PARHAM,

defendant herein, while aided and abetted by persons known and unknown to the Grand Jury, did knowingly make, utter and possess a counterfeited security of Wachovia Bank with the intent to deceive Walmart Supercenter in Dothan, Alabama, in violation of Title 18, United States Code, Sections 513(a) and 2.

### COUNT 2

On or about November 17, 2006, in Houston County, Alabama, within the Middle District of Alabama,

ANNE MY'REE PARHAM,

defendant herein, while aided and abetted by persons known and unknown to the Grand Jury, did

knowingly make, utter and possess a counterfeited security of Wachovia Bank with the intent to deceive Kay Jewelers in Dothan, Alabama, in violation of Title 18, United States Code, Sections 513(a) and 2.

### COUNT 3

From on or about November 8, 2006, and continuing to on or about November 20, 2006, in Houston County, Alabama, within the Middle District of Alabama,

ANNE MY'REE PARHAM,

defendant herein, while aided and abetted by persons known and unknown to the Grand Jury, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud the Army Aviation Center Federal Credit Union, a federally insured financial institution. The scheme to defraud consisted of the defendant, aided and abetted by others, presenting two counterfeit cashier's checks for payment or for deposit allowing the defendant to obtain cash withdrawals. The scheme resulted in the defendant fraudulently obtaining approximately $12,595.00. All in violation of Title 18, United States Code, Sections 1344(1) and 2.

### COUNT 4

From on or about November 17, 2006, and continuing to on or about November 20, 2006, in Houston County and Dale County, Alabama, within the Middle District of Alabama,

ANNE MY'REE PARHAM,

defendant herein, while aided and abetted by persons known and unknown to the Grand Jury, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud the Community Bank and Trust of Southeast Alabama, a federally insured financial institution. The scheme to defraud consisted of the defendant, aided and abetted by others, presenting two counterfeit checks for payment at the Dothan and Ozark branches of the Community Bank and Trust of Southeast Alabama for cash. The scheme resulted in the defendant fraudulently obtaining

approximately $17,200.00. All in violation of Title 18, United States Code, Sections 1344(1) and 2.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Jerusha T. Adams
Assistant United States Attorney