IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. <u>1:07cr59-MHT</u> |
| | ) | |
| ANNE MY'REE PARHAM | ) | |

<u>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

  Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Anne My'ree Parham, now in custody of Houston County Jail, Dothan, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on April 18, 2007, at 10:00 a.m.

  WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Houston County Jail, Dothan, Alabama, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m.

  Respectfully submitted this the 10th day of April, 2007.

                 Respectfully submitted,

                 LEURA G. CANARY
                 UNITED STATES ATTORNEY

                 /s/Jerusha T. Adams
                 JERUSHA T. ADAMS
                 Assistant United States Attorney
                 One Court Square, Suite 201
                 Montgomery, AL 36104
                 Phone: (334) 223-7280
                 Fax: (334) 223-7135
                 E-mail: <u>jerusha.adams@usdoj.gov</u>

Case 1:07-cr-00059-MHT-CSC   Document 5   Filed 04/10/2007   Page 2 of 2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr59-MHT |
| | ) | |
| ANNE MY'REE PARHAM | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 10, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Houston County Jail, Dothan, Alabama, commanding them to deliver Anne My'ree Parham, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE