IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-59-MHT |
| | ) | |
| ANNE MY'REE PARHAM | ) | |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Anne My'Ree Parham, into the custody of Ken Hedgspeth, United States Secret Service, and/or Trevor Fenwick, United States Secret Service, and/or Leighton Greenlee, United States Secret Service, from April 24, 2007, through July 24, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Ken Hedgspeth, United States Secret Service, and/or Trevor Fenwick, United States Secret Service, and/or Leighton Greenlee, United States Secret Service, to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 23rd of April, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>ANNE MY'REE PARHAM  ) | CR. NO. 1:07-cr-59-MHT |

CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:07-cr-59-MHT |
| | ) |
| ANNE MY'REE PARHAM | ) |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 23, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Anne My'Ree Parham, to Ken Hedgspeth, United States Secret Service, and/or Trevor Fenwick, United States Secret Service, and/or Leighton Greenlee, United States Secret Service, on April 24, 2007, through July 24, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Ken Hedgspeth, United States Secret Service, and/or Trevor Fenwick, United States Secret Service, and/or Leighton Greenlee, United States Secret Service, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

DONE this the _____ day of April, 2007.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE