IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:07cr59-MHT |
| | ) | |
| **ANNE MY'REE PARHAM** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **ANNE MY'REE PARHAM,** in the above-styled case.

Dated this 24th day of April 2007.

                                                        Respectfully submitted,

                                                        s/Jennifer A. Hart
                                                        **JENNIFER A. HART**
                                                        FEDERAL DEFENDERS
                                                        MIDDLE DISTRICT OF ALABAMA
                                                        201 Monroe Street, Suite 407
                                                        Montgomery, AL 36104
                                                        Phone: (334) 834-2099
                                                        Fax: (334) 834-0353
                                                        jennifer_hart@fd.org
                                                        AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha T. Adams, AUSA

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189