IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-59-MHT |
| | ) | |
| ANNE MY'REE PARHAM | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 23, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Anne My'Ree Parham, to Ken Hedgspeth, United States Secret Service, and/or Trevor Fenwick, United States Secret Service, and/or Leighton Greenlee, United States Secret Service, on April 24, 2007, through July 24, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Ken Hedgspeth, United States Secret Service, and/or Trevor Fenwick, United States Secret Service, and/or Leighton Greenlee, United States Secret Service, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this 24th day of April, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE