THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-59-MHT |
| | ) | |
| ANNE MY'REE PARHAM | ) | |

MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, respectfully request this Honorable Court to downwardly depart one (1) level in the sentence that would otherwise be imposed on Defendant Anne My'ree Parham, and as reasons therefore, submits the following:

The United States herein states that Parham has provided substantial assistance in the investigation of this case and investigation of other individuals in other districts. Parham also has made herself available for subsequent debriefings, and the United States submits that she has, at all times, been truthful with federal investigators.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of one (1) level from a total offense level of 11 and Criminal History Category of I.

Respectfully submitted this 25th day of July, 2007.

                   LEURA G. CANARY
                   UNITED STATES ATTORNEY

                   /s/ Jerusha T. Adams
                   JERUSHA T. ADAMS
                   Assistant United States Attorney
                   Post Office Box 197
                   Montgomery, Alabama 36101-0197
                   334-223-7280 phone  334-223-7135 fax
                   jerusha.adams@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-59-MHT |
| | ) | |
| ANNE MY'REE PARHAM | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer A. Hart.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Jerusha T. Adams
        JERUSHA T. ADAMS
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334-223-7280 phone    334-223-7135 fax
        jerusha.adams@usdoj.gov